**From:** Corey M. Lohman <coreyl@emerick.com>
**Sent:** Wednesday, June 3, 2026 10:48 AM
**To:** Paul Friedrich <paulf@fdlawpllc.com>; Jacob Yerke <Jacob_Yerke@ord.uscourts.gov>
**Cc:** jewing@drylaw.com; jhendry@brownsteinrask.com; rdry@drylaw.com; Will Hansen <Williamh@fdlawpllc.com>; Corey M. Lohman <coreyl@emerick.com>
**Subject:** RE: 3:25-cv-00166-IM Zurich American Insurance Company et al v. Emerick Construction Inc. et al

 **CAUTION - EXTERNAL:**

Good morning, Mr. Yerke,

Defendants Lohman stand by their actions to date including its submission of discovery and are disappointed that plaintiff would cherry pick its conversations and not provide full context of our last meet and confer, which included an expectation of follow-on conversation.  This did not occur, only this email to the court.  Defendants Lohman continue to work in good faith, including considerations of Deed in Lieu of foreclosures, which plaintiff fails to mention.

Additionally, Defendants Lohman can confirm to the court that bankruptcy counsel has been retained, both engagement letters signed and deposits to trust made.  Attorney Michael D O'Brien will be representing us going forward as we navigate bankruptcy proceedings.

Defendants Lohman will make themselves available to the court, as it can show it has operated in good faith and continues to do so.

Respectfully Submitted,

Corey (&Stacy) Lohman, Pro Se Defendants

**From:** Paul Friedrich <paulf@fdlawpllc.com>
**Sent:** Friday, May 29, 2026 4:33 PM
**To:** Jacob Yerke <Jacob_Yerke@ord.uscourts.gov>
**Cc:** Corey M. Lohman <coreyl@emerick.com>; jewing@drylaw.com; jhendry@brownsteinrask.com; rdry@drylaw.com; Will Hansen <Williamh@fdlawpllc.com>
**Subject:** RE: 3:25-cv-00166-IM Zurich American Insurance Company et al v. Emerick Construction Inc. et al

Good Afternoon Mr. Yerke,

Pursuant to the Court's March 31, 2026 Order ("Order") requiring Judgment Debtors Corey Lohman and Stacy Lohman ("Judgment Debtors") to fully comply with Zurich's post-judgment discovery requests, Zurich respectfully submits this status update regarding Judgment Debtors' failure to supplement their discovery responses.

Despite the Court's Order and Zurich's good-faith meet and confer efforts, Judgment Debtors have failed to adequately supplement their post-judgment discovery responses. The deficiencies in Judgment Debtors' responses remain unresolved and bear directly on the pending Motion for Contempt.

Zurich has made repeated attempts to resolve these deficiencies without further Court intervention, including telephonic conferrals on April 30, May 7, and May 20, and the exchange of numerous written correspondence. To date, those efforts have been unsuccessful.  Zurich has provided Judgment Debtors with multiple extensions to cure their deficient discovery responses, most recently affording Judgment Debtors until May 12, 2026, to supplement their discovery responses.

On May 12, 2026 (the deadline to supplement), Mr. Lohman reported the following to the undersigned:

> ****
>
> Attorney Friedrich – I have been unable to work on the additional responses and will not be able to complete them before the end of the day today given ongoing medical issues I'm currently experiencing.
>
> In addition, I wanted to make you aware that we are working on the schedules and will file bankruptcy very soon.
>
> I will report the court that bankruptcy filing is forthcoming and we can decided is further response are necessary at this time.  Let me know if you would like a call tomorrow to align.
>
> Thanks, Corey
>
> ****

Following this email, Zurich and Mr. Lohman conferred via telephone on May 20, at which time Mr. Lohman asked for additional time to supplement discovery responses.  I expressed to Mr. Lohman that I did not have authority to provide any further extensions.  To date, the Judgment Debtors have not supplemented their incomplete discovery responses.

If necessary, Zurich can provide the Court with a more detailed written submission identifying the specific discovery deficiencies. In the meantime, Zurich seeks the Court's direction on how to proceed in light of these circumstances.

We appreciate the Court's continued attention to this issue.

Respectfully submitted,

**Paul K. Friedrich**
**Attorney**
**M:** 206.360.7655 | **D:** 206.360.7654
**E:** paulf@fdlawpllc.com
92 Lenora Street, #119 | Seattle, WA 98121
www.fdlawpllc.com



---

**From:** Paul Friedrich
**Sent:** Friday, May 8, 2026 4:42 PM
**To:** Jacob Yerke <Jacob_Yerke@ord.uscourts.gov>
**Cc:** Corey M. Lohman <coreyl@emerick.com>; jewing@drylaw.com; jhendry@brownsteinrask.com; rdry@drylaw.com; Will Hansen <Williamh@fdlawpllc.com>
**Subject:** RE: 3:25-cv-00166-IM Zurich American Insurance Company et al v. Emerick Construction Inc. et al

Good Afternoon Mr. Yerke,

I am writing to update you on this matter.  Yesterday, I spoke with Mr. Lohman regarding the status of his supplemental document production.  He requested an extension until close of business Tuesday, May 12, 2026, to make a supplemental production and I agreed that he could have until May 12, 2026, to make a supplemental production.

I will update the Court following Mr. Lohman's supplemental production next week.

Please do not hesitate to call or email me with any questions.

Regards,

**Paul K. Friedrich**
**Attorney**
**M:** 206.360.7655 | **D:** 206.360.7654
**E:** paulf@fdlawpllc.com
92 Lenora Street, #119 | Seattle, WA 98121
www.fdlawpllc.com



---

**From:** Paul Friedrich
**Sent:** Friday, May 1, 2026 1:10 PM
**To:** Jacob Yerke <Jacob_Yerke@ord.uscourts.gov>
**Cc:** Corey M. Lohman <coreyl@emerick.com>; jewing@drylaw.com; jhendry@brownsteinrask.com; rdry@drylaw.com; Will Hansen <Williamh@fdlawpllc.com>
**Subject:** RE: 3:25-cv-00166-IM Zurich American Insurance Company et al v. Emerick Construction Inc. et al

Good Afternoon Mr. Yerke,

Per your request below, I am writing to provide the Court with a status update in response to the Court's inquiries below.

**Question:** First, have Corey and Stacy Lohman complied with this Court's March 31, 2026, Order?

**Response:** Corey and Stacey Lohman produced a limited set of documents on April 3, 2026.  On April 10, 2026, Corey and Stacey Lohman produced their written responses to Interrogatories and additional documents responsive to Zurich's requests for production.  Following receipt of the discovery responses, Zurich has reviewed them to determine whether they are complete.  On April 30, 2026, Zurich and Mr. Lohman conferred to discuss certain areas where the document production may be incomplete.  Zurich and Mr. Lohman agreed that he would have until May 8, 2026, to supplement his discovery responses to address the issues identified by Zurich.

**Question:** Second, if so, has their compliance resolved Zurich's motion for contempt or are there still issues from that motion for this Court to resolve?

**Response:**  Zurich is still reviewing the discovery responses to ensure compliance.  Following Zurich's review of the supplemental discovery responses expected to be received on May 8, 2026, Zurich will notify the Court via email or via a filed status report (whichever the Court prefers) if there are any remaining issues relating to Zurich's motion for contempt for the Court to resolve.

If the Court has any further questions in the meantime, please do not hesitate to contact me.

Regards,

**Paul K. Friedrich**
**Attorney**
**M:** 206.360.7655 | **D:** 206.360.7654
**E:** paulf@fdlawpllc.com
92 Lenora Street, #119 | Seattle, WA 98121
www.fdlawpllc.com



---

**From:** Jacob Yerke <Jacob_Yerke@ord.uscourts.gov>
**Sent:** Monday, April 20, 2026 4:30 PM
**To:** jewing@drylaw.com; jhendry@brownsteinrask.com; Paul Friedrich <paulf@fdlawpllc.com>; rdry@drylaw.com
**Subject:** 3:25-cv-00166-IM Zurich American Insurance Company et al v. Emerick Construction Inc. et al

Good afternoon,

The Court received correspondence indicating that Corey and Stacy Lohman have responded to Zurich's discovery requests. The Court asks that the parties confer and update the Court (via email or a status report) on the following issues no later than Friday, May 1, 2026. First, have Corey and Stacy Lohman complied with this Court's March 31, 2026, Order? Second, if so, has their compliance resolved Zurich's motion for contempt or are there still issues from that motion for this Court to resolve?

Best,



**Jacob Yerke**| Courtroom Deputy to the Honorable Karin J. Immergut
United States District Court for the District of Oregon
1000 SW Third Ave, Suite 1307
Portland, OR 97204
p. 503-326-8053

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.